**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 24, 2021.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00844-CR
NO. 14-20-00845-CR
NO. 14-20-00846-CR
NO. 14-20-00847-CR
NO. 14-20-00848-CR

_____

**RICARDO  SALDANA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause Nos. 1623964, 1623965, 1623966, 1623967, and 1623968**

---

**MEMORANDUM  OPINION**

Appellant Ricardo Saldana has signed and filed a written request to withdraw his notice of appeal in each of these cases. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal in each case and direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Hassan.

Do Not Publish – Tex. R. App. P. 47.2(b)